

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00108-CV

———————————————

IN RE K.A., Relator

———————————————

Original Proceeding
211th District Court of Denton County, Texas
Trial Court No. 211-1188-211

———————————————

Before Kerr, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. *Compare In re C.J.C.*, 603 S.W.3d 804, 809–10, 816–20 (Tex. 2020) (overturning temporary orders in modification suit when stepfather-figure failed to rebut fit-parent presumption), *with In re Clay*, No. 02-18-00404-CV, 2019 WL 545722, at *6–9 (Tex. App.—Fort Worth Feb. 12, 2019, orig. proceeding [mand. denied]) (denying mandamus relief from trial court's order finding that stepfather-figure had standing to bring modification suit). Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: June 10, 2021